IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CV-00650

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ENTRY OF DEFAULT |
| | ) | |
| ROEL-ROBLEDO'S PERSONAL PROPERTY, SPECIFICALLY DESCRIBED AS FOLLOWS: | ) ) ) | |
| | ) | |
| One Smith and Wesson 9mm Pistol, bearing serial number THD2734, and any and all related ammunition, | ) ) ) ) | |
| | ) | |
| Defendant. | | |

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendant, Roel-Robledo's Personal Property, Specifically Described as Follows: One Smith and Wesson 9mm pistol, bearing serial number THD2734, and any and all related ammunition, on account of any potential claimant to properly plead or otherwise defend within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

This the _9_ day of ____April____, 2021.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina